ACCEPTED
15-24-00111-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/14/2025 5:14 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00111-CV

IN THE COURT OF APPEALS

FOR THE FIFTEENTH JUDICIAL DISTRICT

AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/14/2025 5:14:52 PM
CHRISTOPHER A. PRINE
Clerk

Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas

*Appellants,*

v.

ChampionX, LLC,

*Appellee.*

On Appeal from the 419th Judicial District Court
Travis County, Texas
Cause No. D-1-GN-20-000139

## DEBORAH S. SLOAN'S MOTION IN SUPPORT OF ANTOINETTE ELLISON'S UNOPPOSED SWORN MOTION FOR ADMISSION *PRO HAC VICE*

Deborah S. Sloan
State Bar No. 00786230
JONES DAY
2727 N. Harwood Street, Suite 500
Dallas, Texas 75201-1515
dsloan@jonesday.com

John M. Allan
Antoinette L. Ellison
JONES DAY
1221 Peachtree Street NE, Suite 400
Atlanta, Georgia 30361
jmallan@jonesday.com
aellison@jonesday.com

COUNSEL FOR APPELLEE

I, Deborah S. Sloan, file this motion in support of the Sworn Motion of Antionette Ellison for Admission *Pro Hac Vice* in the above-captioned cause.

**BACKGROUND**

1. I am associated with Antoinette Ellison on this case. I am employed as an attorney on this case and will personally participate in the appeal of this case.

2. I am a practicing attorney and member in good standing with the State Bar of Texas. My State Bar number, office address, telephone number, facsimile number, and email address are included below my signature.

3. Antionette Ellison is a reputable attorney in the states and jurisdictions in which she is licensed to practice. I recommend that the Court permit her to appear in this case.

4. For the reasons stated above, I respectfully ask this Court to grant Antoinette Ellison's Unopposed Sworn Motion of Non-Resident Attorney for Admission *Pro Hac Vice* and allow her to appear before the Court in this case.

5. I pray for all other relief, both general and specific, to which they may be justly entitled.

Dated:  January 14, 2025

Respectfully submitted,

*/s/ Deborah S. Sloan*

Deborah S. Sloan
State Bar No. 00786230
JONES DAY
2727 N. Harwood Street
Suite 500
Dallas, Texas  75201-1515
Telephone:  (214) 220-3939
Facsimile:  (214) 969-5100
dsloan@jonesday.com

COUNSEL FOR APPELLEE

# VERIFICATION

STATE OF TEXAS      :

DALLAS COUNTY      :

Before me, the undersigned notary, on this day personally appeared Deborah S. Sloan, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

"My name is Deborah S. Sloan. I am capable of making this Verification. I read the Unopposed Sworn Motion of Non-Resident Attorney Antoinette Ellison for Admission to Appear *Pro Hac Vice*. The facts stated in it are within my personal knowledge and are true and correct."



_____
Deborah S. Sloan

Sworn to and subscribed before me by Deborah S. Sloan on this ⁱ⁴ᵗʰ day of January, 2025.

CARLA Y. DENNIS
Notary Public, State of Texas
Comm. Expires 02-14-2027
Notary ID 7506790

_____
Notary Public in and for the State of Texas

My commission expires: 2-14-2027

## CERTIFICATE OF CONFERENCE

Under Texas Rule of Appellate Procedure 10.1(5), I certify that on January 6, 2025, Antoinette Ellison conferred on my behalf with Appellants' counsel about the relief requested in this motion. Appellants' counsel responded that Appellants are unopposed.

*/s/ Deborah S. Sloan*
Deborah S. Sloan

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of January, 2025, a true and correct copy of this document was served on the following counsel of record by electronic service pursuant to Texas Rule of Appellate Procedure 9.5:

Kelsey Hanson
Assistant Attorney General
Office of the Attorney General
Tax Litigation Division
P.O. Box 12548 (MC 029)
Austin, Texas 78711-2548

*/s/ Deborah S. Sloan*
Deborah S. Sloan
Counsel for Appellee

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Carla Dennis on behalf of Deborah Sloan
Bar No. 786230
cydennis@jonesday.com
Envelope ID: 96223519
Filing Code Description: Motion
Filing Description: Deborah Sloans Motion ISO Antoinette Ellisons Unopposed Sworn Motion for Admission Pro Hac Vice
Status as of 1/15/2025 7:10 AM CST

Associated Case Party: ChampionX, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Deborah Sloan | 786230 | dsloan@jonesday.com | 1/14/2025 5:14:52 PM | SENT |
| Carla Dennis | | cydennis@jonesday.com | 1/14/2025 5:14:52 PM | SENT |
| John MAllan | | jmallan@jonesday.com | 1/14/2025 5:14:52 PM | SENT |
| Antoinette L.Ellison | | aellison@jonesday.com | 1/14/2025 5:14:52 PM | SENT |

Associated Case Party: Ken Paxton, Attorney General of the State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kelsey Hanson | 24096654 | kelsey.hanson@oag.texas.gov | 1/14/2025 5:14:52 PM | SENT |